**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PING ZHANG,<br><br>    Plaintiff,<br><br>v.<br><br>PAM BONDI, et al.,<br><br>    Defendants. | No. 8:25-cv-01387-JAK (JCx)<br><br>**ORDER RE ORDER TO SHOW CAUSE RE MOOTNESS (DKT. 21)** |

1

1   On November 13, 2025, Defendants filed a Notice of Mootness of Action. Dkt. 16 ("Notice"). Through the Notice, Defendants represented that Plaintiff has already been granted the immigration benefits sought through this action. Dkt. 16 at 2. Accordingly, on December 2, 2025, the Court, on its own motion, ordered Plaintiff to show cause in writing no later than December 11, 2025, why the action is not moot in light of the Notice. Dkt. 21 ("Order to Show Cause"). Plaintiff failed to respond to the Order to Show Cause by December 11, 2025.

In light of the foregoing, Plaintiff is ordered to show cause in writing no later than December 18, 2025, why this action is not moot in light of the Notice. If Plaintiff fails to respond by that date, the action will be dismissed as moot.

**IT IS SO ORDERED.**

Dated:  December 12, 2025

_____

John A. Kronstadt

United States District Judge

2